# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHANIE GORDON,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>SKY RANCH MOTEL,<br><br>　　　　　　　　Defendant. | Case No. 2:21-cv-00642-APG-DJA<br><br>**Order Dismissing Case** |

　　　I previously dismissed plaintiff Stephanie Gordon's complaint without prejudice and gave her until September 30, 2021 to file an amended complaint. ECF No. 6. I advised Gordon that if she failed to timely file a proper amended complaint, this case would be closed. *Id.* at 2. Gordon did not file an amended complaint.

　　　I THEREFORE ORDER the clerk of court to close this case.

　　　DATED THIS 8th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE